FILED - SOUTHERN DIVISION
CLERK, U.S DISTRICT COURT

MAY 3 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Martin Prieto Rodriguez,<br><br>    Defendant. | Case No.: CR 93-806-AHM<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   [X]  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown background + bail resources, history of warrants

1  *and supervised release violation, lack of compliance on*
2  *supervised release*
3
4     and/or
5  B.  ( )  The defendant has not met his/her burden of establishing by
6          clear and convincing evidence that he/she is not likely to pose
7          a danger to the safety of any other person or the community if
8          released under 18 U.S.C. § 3142(b) or (c). This finding is based
9          on: _____
10  _____
11  _____
12  _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:   5/30/12                    /s/ Jean Rosenbluth
                                        JEAN ROSENBLUTH
18                                      U.S. MAGISTRATE JUDGE