FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN PRIETO RODRIGUEZ,<br><br>Defendant. | Case No. CR 93-00806- GW<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

Unknown bail resources; prior supervised release violations; outstanding DMV failure to appear; instant allegations indicate a lack of amenability to supervision.

1  and

2  B. ( X ) The defendant has not met ~~her~~ his burden of establishing by clear and convincing

3  evidence that ~~s~~he is not likely to pose a danger to the safety of any other person or

4  the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

5  Prior criminal history includes multiple drug-trafficking convictions; instant

6  allegations indicate lack of amenability to supervision.

7  IT THEREFORE IS ORDERED that the defendant be detained pending further

8  revocation proceedings.

Dated: February 6, 2014

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

2